**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IDRIS ABDUS-SABER,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 25-5909** |
| | : | |
| **NAVY FEDERAL CREDIT UNION,** | : | |
| **Defendant.** | : | |

# ORDER

AND NOW, this 20th day of August 2026, Petitioner having filed a bankruptcy appeal from an Order entered by United States Bankruptcy Chief Judge Ashley Chan (Notice of Appeal, ECF No. 1), and upon failing to file an appellate brief in accordance with the Briefing Schedule established by the Court (Briefing Schedule, ECF No. 5), and upon Appellee filing a Motion to Dismiss for Failure to Prosecute (ECF No. 7), and Appellant's responses thereto, it is

**ORDERED** that:

1. Appellant's Motion for Extension of Time and For Leave to File Appellant's Brief Nunc Pro Tunc is **DENIED**.
2. This case is **DISMISSED WITH PREJUDICE** for failure to timely file consistent with Fed. R. of Bankr. P. 8018(a)(4).
3. All other motions are denied as **MOOT.**
4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

/s/ *John Milton Younge*
**John Milton Younge, J.**